# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 222 MAL 2015
:
            Respondent   :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.               :
:
:
:
ROGEL I. SUERO,        :
:
            Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.